JOHN EDWARD SNYDER, JR., an Infant, by JOHN EDWARD SNYDER, His Guardian ad Litem, Respondent, v. JOSEPH V. KNIPFING and Others, Copartners Doing Business under the Firm Name and Style of M. J. KNIPFING & SONS, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal

dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.